UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>      Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

**DEFENDANT 3M COMPANY'S PARTIAL
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant 3M Company ("Defendant" or "3M"), by and through its undersigned counsel, file this Partial Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons discussed more fully in Defendant's Memorandum of Law in Support of its Partial Motion to Dismiss Plaintiff's Complaint, filed contemporaneously herewith, Plaintiff has failed to state a claim for which relief can be granted as to his claims for: (1) Violation of the Americans with Disabilities Act, and (2) Religious Discrimination in Violation of the Georgia Fair Employment Practices Act of 1978, O.C.G.A. § 45-19-20 et seq. Further, Plaintiff fails to state a claim that Defendant (3) violated "federal and Georgia law by mandating an experimental medical treatment" (Compl. ¶ 6) and (4) violated "the sacred rights of privacy and bodily integrity". *Id.*

1

Respectfully submitted this 30th day of March, 2023.

*s/Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646
Alexandra L. Milios
Georgia Bar No. 753596
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone:  404-881-1300
Facsimile:   404-870-1732
natalie.turner@ogletree.com
alexandra.milios@ogletree.com

*Counsel for Defendant 3M Company*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(D)

This is to certify that **Defendant 3M Company's Partial Motion to Dismiss Plaintiff's Complaint** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

*s/ Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:23-cv-00888-ELR-CMS |
| 3M COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, I electronically filed **Defendant 3M Company's Partial Motion to Dismiss Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 30th day of March, 2023.

*s/ Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646

4