# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

## DEFENDANT 3M COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendant 3M Company ("3M"), by counsel, in accordance with L.R. 3.3 and Fed. R. Civ. P. 7.1 submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

The following is a full and complete list of parties in this action:

| | |
|---|---|
| James Michael Graves | Plaintiff in this action. |
| 3M Company | Defendant in this action. |

1

3M states that it is a Delaware corporation whose shares are publicly traded. 3M does not have a parent corporation, nor does any publicly held corporation own 10 percent or more of 3M's stock.

**(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

    None.

**(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Jason H. Coffman of the Law Office of Jason H. Coffman and Robert E. Barnes, Jr. of Barnes Law –CA represent Plaintiff in this matter.

Natalie Turner and Alexandra Milios of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. represent Defendant in this matter.

Respectfully submitted this 30th day of March, 2023.

> *s/Natalie N. Turner*
> Natalie N. Turner
> Georgia Bar No. 719646
> Alexandra L. Milios
> Georgia Bar No. 753596
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> One Ninety One Peachtree Tower
> 191 Peachtree St. NE, Suite 4800
> Atlanta, GA 30303
> Telephone:  404-881-1300
> Facsimile:   404-870-1732
> natalie.turner@ogletree.com
> alexandra.milios@ogletree.com
>
> *Counsel for Defendant 3M Company*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(D)

This is to certify that **Defendant 3M Company's Corporate Disclosure Statement and Certificate of Interested Persons** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

                                          *s/ Natalie N. Turner*
                                          Natalie N. Turner
                                          Georgia Bar No. 719646

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>        Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>        Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, I electronically filed **Defendant 3M Company's Corporate Disclosure Statement and Certificate of Interested Persons** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 30th day of March, 2023.

                                                                *s/ Natalie N. Turner*
                                                                Natalie N. Turner
                                                                Georgia Bar No. 719646