IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES, an individual,<br>         Plaintiff,<br><br>v.<br><br>3M COMPANY,<br>         Defendant. | CIVIL ACTION NO.<br>1:23-cv-888-ELR-CMS |

## ORDER

Pursuant to this Court's Local Rules, parties must file a certificate of interested persons at the time of first appearance. Local Rule ("LR") 3.3, NDGa. Insofar as Plaintiff James Michael Graves has not filed a certificate of interested persons, Graves is **ORDERED** to file the required document no later than **Friday, April 7, 2023**. Failure to file a certificate of interested persons by the stated deadline may result in a recommendation that sanctions be imposed, including dismissal of the case. *See* Local Rules 16.5 and 41.3, NDGa.; Fed. R. Civ. P. 41(b).

**SO ORDERED**, this 3rd day of April, 2023.

_____
Catherine M. Salinas
United States Magistrate Judge