IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, <br><br> Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 1:23-cv-00888- <br> ) ELR-CMS <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff James Michael Graves ("Plaintiff"), by and through their undersigned counsel, hereby moves this Court, with Defendant's consent, for an Order enlarging Plaintiff's time to file its Response to Defendant 3M Company's ("Defendant") Motion to Dismiss Plaintiff's Complaint (the "Motion"), and in support thereof, Plaintiff would show the Court as follows:

1. Without an enlargement of time, Plaintiff's Response is presently due on or before April 13, 2023.

2. Plaintiff requests this extension for the following reason: counsel for Plaintiff's schedule during this briefing period is unusually busy with other cases. Additional time is needed to formulate an appropriate briefing.

3. The undersigned counsel requests an enlargement of time of an additional fourteen (14) days to respond to file Plaintiff's Response to Defendant's Motion.

4. Plaintiff would show that this Motion has been served prior to the expiration of the time originally prescribed.

5. Plaintiff would show that no prior request for an enlargement of time has been made for this Motion.

6. Plaintiff respectfully submits that the foregoing constitutes good cause for this Motion.

7. Undersigned counsel hereby certifies that he has consulted with counsel for Defendant and that undersigned counsel is authorized to represent that counsel for Defendant has consented to the granting of the requested enlargement of time.

WHEREFORE, Plaintiff moves for an enlargement of time of fourteen (14) days within which it must file its Response to Defendant's Motion to Dismiss. If granted, Plaintiff's Response would be due on April 27, 2023. A proposed order is attached as Exhibit A.

Respectfully submitted this 6th day of April, 2023.

/s/ Jason H. Coffman

Jason H. Coffman
Law Office of Jason H. Coffman
Georgia Bar No. 173119
3280 Peachtree Road, NE, 7th Floor
Atlanta, GA
Telephone: (404) 581-3834
Email: jcoffman@jcoffmanlaw.com

Counsel for Plaintiff *James Michael Graves*

Robert E. Barnes, Esq.
*Appearing pro hac vice*
235010/CA
Lexis Anderson, Esq.
*Appearing pro hac vice*
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Facsimile: (310) 510-6225
Email: robertbarnes@barneslawllp.com
Email: lexisanderson@barneslawllp.com

Counsel for Plaintiff *James Michael Graves*

## **CERTIFICATE OF FONT SIZE**

I certify that this brief has been prepared in Times New Roman font, 14 point, a font that complies with Local Rule 5.1.

Respectfully submitted, this 6th day of April, 2023.

                                               */s/ Jason H. Coffman*
                                               JASON H. COFFMAN
                                               State Bar No. 173119

Law Office Of Jason H. Coffman
3280 Peachtree RD NE Ste 700
Atlanta, Georgia 30305
(404) 581-3834 (Phone)
E-mail: jcoffman@jcoffmanlaw.com

                                          Attorney For *James Michael Graves*

# **EXHIBIT A**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **JAMES MICHAEL GRAVES, an individual,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) **Civil Action No.** |
| **3M COMPANY,** | ) **1:23-cv-00888-** ) **ELR-CMS** |
| **Defendant.** | ) ) ) |
| _____ | ) |

### ORDER GRANTING CONSENT MOTION TO EXTEND

Having considered Plaintiff's consent motion to extend the deadline for Plaintiff to file a Response to Defendant's Motion To Dismiss and, for good cause shown, the Motion is hereby GRANTED. Plaintiff's deadline to file a Response is hereby extended through and including April 27, 2023.

SO ORDERED, this __ day of April, 2023.

> */s/ Eleanor L. Ross*
> HONORABLE ELEANOR L. ROSS
> UNITED STATES DISTRICT JUDGE

Order prepared by:

*s/ Jason H. Coffman*
Jason H. Coffman
Georgia Bar No. 173119
Attorney for Plaintiff
Law Office of Jason H. Coffman
3280 Peachtree RD NE Ste 700
Atlanta, Georgia 30305
(404) 581-3834 – *Telephone*
*jcoffman@jcoffmanlaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **MOTION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

        Natalie Nicole Turner

This 6th day of April, 2023.

        */s/ Jason H. Coffman*
        Jason H. Coffman