# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.<br>) 1:23-cv-00888-ELR-CMS |
| 3M COMPANY, | ) |
| Defendant. | )<br>)<br>)<br>) |

## PLAINTIFF'S
## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to LR 3.3 and Fed. R. Civ. P. 7.1 James Michael Graves ("Plaintiff") submits this Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

James Michael Graves                            Plaintiff in this action

3M Company                                           Defendant in this action

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Attorneys for Plaintiff James Michael Graves:

Jason H. Coffman
Law Office of Jason H. Coffman
3280 Peachtree RD NE, Ste. 700
Atlanta, GA 30305

Phone: (404) 581-3834

Robert E. Barnes, Jr.
Lexis Anderson
Barnes Law, LLP – CA
700 South Flower ST, Ste. 1000
Los Angeles, CA 90017

Phone: (310) 510-6211


Attorney for Defendant 3M Company:

Natalie Nicole Turner
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
191 Peachtree ST NE, Atl. Ste. 4800
Atlanta, GA 30303

Phone: (404) 881-1300


Respectfully submitted this 11th day of April, 2023.

>                              */s/ Jason H. Coffman*

>                              Jason H. Coffman

        Law Office of Jason H. Coffman
Georgia Bar No. 173119
3280 Peachtree Road, NE, 7th Floor
Atlanta, GA
Telephone: (404) 581-3834
Email: jcoffman@jcoffmanlaw.com


Counsel for Plaintiff James Michael Graves

Robert E. Barnes, Esq.
*Appearing pro hac vice*
235010/CA
Lexis Anderson, Esq.
*Appearing pro hac vice*
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Facsimile: (310) 510-6225
Email: robertbarnes@barneslawllp.com
Email: lexisanderson@barneslawllp.com


Counsel for Plaintiff *James Michael Graves*

## **CERTIFICATE OF FONT SIZE**

I certify that this pleading has been prepared in Times New Roman font, 14 point, a font that complies with Local Rule 5.1.

Respectfully submitted, this 11th day of April, 2023.

LAW OFFICE OF JASON H. COFFMAN

*/s/ Jason H. Coffman*
Jason H. Coffman
Georgia Bar No. 173119

Attorney for James Michael Graves

3280 Peachtree Road, NE, Ste 700
Atlanta, GA 30305
(404) 581-3834
e-mail: jcoffman@jcoffmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing <u>CERTIFICATE</u> with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filing to the following attorney(s) of record:

    Natalie Nicole Turner

This 11th day of April, 2023.

                                              */s/ Jason H. Coffman*
                                              Jason H. Coffman