UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>      Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

**PARTIES' CONSENT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S PARTIAL MOTION TO DISMISS**

Defendant 3M Company, by counsel, pursuant to Fed. R. Civ. P. 6(b), and with the express consent of Plaintiff James Michael Graves, by his counsel, hereby moves this Court for entry of an order staying discovery in this case until the resolution of Defendant's Partial Motion to Dismiss Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. This action involves Plaintiff's claims for religious discrimination under Title VII, disability discrimination under the ADA, and religious discrimination under Georgia's Fair Employment Practices Act.

2. Plaintiff filed his Complaint on March 1, 2023. Defendant filed a timely Partial Motion to Dismiss Plaintiff's Complaint on March 30, 2023 ("Motion").

1

3. The Court has granted the Parties' Consent Motion for Extension of Time to Respond to Defendant's Motion.

4. Plaintiff's Response to Defendant's Motion is now due on April 27, 2023. Defendant's deadline to submit a Reply brief is 14 days after service of Plaintiff's Response.

5. Notwithstanding the adjusted briefing schedule, according to the Northern District of Georgia local rules, the parties' deadline to complete their Rule 26(f) Conference is April 17, 2023, their deadline to submit a Joint Rule 26(f) Report is May 1, 2023, and their deadline to submit initial disclosures is May 1, 2023. (L.R. 16.1, L.R. 16.2, L.R. 26.1.)

6. Because the parties are still briefing Defendant's Motion, and the resolution of the Motion may significantly narrow the issues that will be decided in this case, the parties jointly move for a **stay** of their Rule 26(f) obligations and other discovery pending the resolution of Defendant's Motion.

7. The parties agree that, within fourteen days after the Court has entered an order on Defendant's Motion, the parties will conduct a Rule 26(f) conference and submit initial disclosures. The parties agree that the Joint Preliminary Report and Discovery Plan will be submitted within fourteen days of the Rule 26(f) conference and that discovery will begin on that date.

8. A stay of discovery will serve the interests of judicial efficiency by avoiding unnecessary cost until the Court addresses the viability of the claims pled in Plaintiff's Complaint.

9. This request is made in good faith and not for purposes of undue delay.

WHEREFORE, Defendant 3M, with the express consent of Plaintiff, respectfully requests that this Court enter the proposed Order attached to this motion, thereby staying discovery in this case until after the Court rules on Defendant's Partial Motion to Dismiss Plaintiff's Complaint.

This 13th day of April, 2023.

*s/Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646
Alexandra L. Milios
Georgia Bar No. 753596
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone:  404-881-1300
Facsimile:   404-870-1732
natalie.turner@ogletree.com
alexandra.milios@ogletree.com

*Counsel for Defendant 3M Company*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(D)

This is to certify that PARTIES' CONSENT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S PARTIAL MOTION TO DISMISS was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

*s/ Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMY LOUISE MATZ,<br><br>   Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>   Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00478-TWT-LTW |

## CERTIFICATE OF SERVICE

I certify that on April 13, 2023, I electronically filed PARTIES' CONSENT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S PARTIAL MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 13th day of April, 2023.

              *s/ Natalie N. Turner*
              Natalie N. Turner
              Georgia Bar No. 719646