# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

## ORDER ON CONSENT
## MOTION TO STAY DISCOVERY

Before the Court is the parties' Consent Motion to Stay Discovery Pending Resolution of Defendant's Partial Motion to Dismiss. The Court has considered the Motion and is of the opinion that the Motion should be, and therefore is, GRANTED.

IT IS THEREFORE ORDERED that the parties' discovery obligations are stayed pending the resolution of Defendant's Partial Motion to Dismiss Plaintiff's Complaint. Within fourteen days after the Court has entered an order on Defendant's Partial Motion to Dismiss Plaintiff's Complaint, the parties are ordered to conduct a Rule 26(f) conference and submit initial disclosures. The parties are further ordered to submit a Joint Preliminary Report and Discovery Plan within fourteen days of the Rule 26(f) conference, and discovery will commence on that date.

**SO ORDERED**, this 13th day of April, 2023.

*/s/ Catherine Salinas*

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE