# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>      Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

## NOTICE OF APPEARANCE OF ALEXANDRA L. MILIOS

Alexandra L. Milios, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., respectfully enters her appearance in this action as counsel of record for Defendant 3M Company ("3M"). Ms. Milios is an active member in good standing of the State Bar of Georgia and is admitted to practice in this Court.

Respectfully submitted this 18th day of May, 2023.

                                      /s/*Alexandra L. Milios*
                                      Alexandra L. Milios
                                      Georgia Bar No. 753596
                                      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                      One Ninety One Peachtree Tower
                                      191 Peachtree St. NE, Suite 4800
                                      Atlanta, GA 30303
                                      Telephone:  404-881-1300
                                      Facsimile:   404-870-1732
                                      alexandra.milios@ogletree.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES MICHAEL GRAVES,<br><br>      Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:23-cv-00888-ELR-CMS |

## CERTIFICATE OF SERVICE

I certify that on May 18, 2023, I electronically filed **Notice of Appearance of Alexandra L. Milios** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 18th day of May, 2023.

                              *s/ Alexandra L. Milios*
                              Alexandra L. Milios
                              Georgia Bar No. 753596